**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAHMOUD KHALIL; MOHAMMAD IBRAHIM ZUBAIRI; and SIPA PALESTINE WORKING GROUP;<br><br>*Plaintiffs*,<br><br>v.<br><br>COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; and KEREN YARHI-MILO, in her capacity as the Dean of Columbia University School of International and Public Affairs,<br><br>*Defendants*. | Case No. 1:26-cv-7977<br><br>**AFFIDAVIT OF BRITTANY S. FINLEY** |

**AFFIDAVIT OF BRITTANY S FINLEY FOR ADMISSION *PRO HAC VICE* IN THE U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

Pursuant to Local Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I, Brittany S. Finley, do hereby certify the following:

1. I am a member in good standing of the bar of the jurisdictions where I have been admitted to practice, which includes the State of Georgia and the Northern District of Georgia.

2. My office address and telephone number are: 149 26th Street NW, Atlanta, GA 30309 and (470) 598-6997

3. I have never been convicted of a felony, or ever been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the Southern District of New York.

6. Accordingly, I request that this Court grant me leave to practice in the United States District Court for the Southern District of New York in the above captioned case.

Sworn to on this date, September 16, 2026, under penalties of perjury.

**BRITTANY S. FINLEY**
Georgia Bar No. 596778
149 26th Street NW
Atlanta, GA 30309
470) 598-6997 (phone)
brittanysfinley@gmail.com (email)

Signed before me this 16th day of September, 2026.

Notary Public

ANTHONY LUPI
Notary Public - State of Georgia
Fulton County
My Commission Expires Oct 23, 2029